UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr219

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EUGENE MARTA LANEY, )<br>)<br>Defendant. ) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On April 13, 2009, this Court entered a Preliminary Order of Forfeiture (by Consent) pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Counts One and Two in the Bill of Indictment. As to Count One, Defendant was charged with possession with intent to distribute a controlled substance. As to Count Two, Defendant was charged with unlawful use and possession of a firearm in furtherance of a drug trafficking crime.

On April 15, 2009 through May 14, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from April 15, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Taurus Magnum .357 pistol and ammunition.**

Signed: July 8, 2009

Robert J. Conrad, Jr.
Chief United States District Judge