IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr219

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| EUGENE MARTA LANEY ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of counsel for the defendant asking that he be allowed to withdraw from further representation of the defendant on appeal. (Doc. No. 26).

For the reasons stated in the motion, the Court finds that counsel has stated sufficient grounds to withdraw.

**IT IS, THEREFORE, ORDERED** that the motion of counsel for the defendant is **GRANTED**. The United States Court of Appeals for the Fourth Circuit shall designate new counsel.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the Community Defender, and to the United States Attorney.

Signed: December 2, 2009

Robert J. Conrad, Jr.
Chief United States District Judge