# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08-CR-00219-RJC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EUGENE MARTA LANEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion filed by counsel for the defendant for a continuance of the supervised release violation hearing scheduled for October 29, 2020. (Doc. No. 71).

In order to protect the defendant's interest in a timely resolution of this matter, a statement of the defendant's own position on counsel's requested continuance would assist the Court.

**IT IS, THEREFORE, ORDERED** that counsel shall file a pleading after consulting with the defendant stating whether the defendant consents to the requested continuance. After such pleading is filed, the Court will determine the merits of the instant motion.

Signed: October 22, 2020

Robert J. Conrad, Jr.
United States District Judge